```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------X
MARTIN TREMBLAY,                :

          Petitioner,           :

                                :    08 Civ. 7030 (JFK)
     -against-                        05 Cr. 0783 (JFK)
                                :    ORDER
UNITED STATES OF AMERICA,
                                :
          Respondent.
-------------------------------X
```

**JOHN F. KEENAN, United States District Judge:**

       The Court has received a petition from Martin Tremblay pursuant to Title 28 U.S.C. § 2255. The United States Attorney for the Southern District of New York is hereby directed to respond to the petition, a copy of which is enclosed, by September 26, 2008. Should the Petitioner choose to reply to the Government's submission, he must do so by October 17, 2008.

SO ORDERED.

Dated:    New York, New York
           August 18, 2008

                              /s/ John F. Keenan
                              JOHN F. KEENAN
                            United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-18-08